# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  1:22-cv-2606

CHRISTIAN GODINEZ and
ABIGAIL GODINEZ,

        Plaintiffs,

v.

JESUS PUEBLA, individually,
JOSE MAURICIO COREAS d/b/a CAMINANTES TRUCKING,
CARLOS COREAS, individually,
LUCKY 22, INC., a Colorado Corporation
JOHN DOES 1-5,
JOHN DOE COMPANIES 1-5,

        Defendants.

## **PRAECIPE**

TO THE CLERK OF THIS SAID COURT:

    Please issue the attached:

Summons in a Civil Matter – Jose Mauricio Coreas d/b/a Caminantes Trucking

Summons in a Civil Matter – Lucky 22, Inc.

Summons in a Civil Matter – Jesus Puebla

Summons in a Civil Matter – Carlos R. Coreas

    Respectfully submitted this 5th day of October, 2022.

        **Christian and Abigail Godinez,**
        **Plaintiffs**

        _s/ Grant H. Lawson_
        Grant H. Lawson, #54297
        **METIER LAW FIRM, LLC**
        4828 S. College Avenue
        Fort Collins, CO 80525
        (970) 377-3800
        grant@metierlaw.com
        *Attorney for Plaintiffs*