# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 22-cv-02606-NYW

CHRISTIAN GODINEZ and
ABIGAIL GODINEZ,

       Plaintiffs,

v.

JESUS PUEBLA, individually,
JOSE MAURICIO COREAS d/b/a CAMINANTES TRUCKING,
CARLOS COREAS, individually,
LUCKY 22, INC., a Colorado Corporation
JOHN DOES 1-5,
JOHN DOE COMPANIES 1-5,

       Defendants.

## MOTION FOR ENTRY OF DEFAULT

**COME NOW** Plaintiffs, Christian and Abigail Godinez by and through their undersigned counsel, and hereby move for Entry of Default pursuant to F.R.C.P. 55(a). As grounds therefore, Plaintiffs state as follows:

1. Defendant JOSE MAURICIO COREAS d/b/a CAMINANTES TRUCKING is a registered motor carrier with the U.S. Department of Transportation Federal Motor Carrier Safety Administration (Hereinafter "FMCSA").

2. According to the FMCSA, JOSE MAURICIO COREAS d/b/a CAMINANTES TRUCKING's designated registered agent is Truck Process Agents of America, Inc., Sheryl Sinclair, 6073 W. 44th Ave., Ste. 101, Wheat Ridge, Colorado 80033 (See Exhibit 1 – FMCSA Motor Carrier Details).

3. On October 12, 2022 Sheryl Sinclair of Truck Process Agents of America, Inc., on behalf of JOSE MAURICIO COREAS d/b/a CAMINANTES TRUCKING was served with the *Complaint and Jury Demand* [Doc. 1] and *Summons in a Civil Action* [Doc. 5 pp. 1-2] pursuant to F.R.C.P. 4 (See Affidavit of Service [Doc. 6]).

4. Defendant JOSE MAURICIO COREAS d/b/a CAMINANTES TRUCKING's Answer or other responsive pleading was due on November 2, 2022.

5. No responsive pleading has been filed, and undersigned counsel has not been contacted by Defendant or any counsel on behalf of Defendant seeking an extension of time to respond (or for any other reason).

5. Defendant is now in default as contemplated by F.R.C.P. 12 and F.R.C.P. 55 (See Exhibit 2 - Affidavit of Counsel).

6. Entry of default against Defendant JOSE MAURICIO COREAS d/b/a CAMINANTES TRUCKING is proper as contemplated by F.R.C.P. 55.

7. This Court has jurisdiction over the parties and controversy pursuant to 28 USC §1332, because the amount in controversy is greater than $75,000 and the parties are citizens of different states.

WHEREFORE, Plaintiffs respectfully request that the Clerk make entry of default against Defendant JOSE MAURICIO COREAS d/b/a CAMINANTES TRUCKING as contemplated by F.R.C.P. 55(a), so that Plaintiffs can then move to set this matter for a damages hearing.

DATED this 6th day of November, 2022.

**Christian and Abigail Godinez, Plaintiffs**

  s/ Grant H. Lawson
Grant H. Lawson, #54297
**METIER LAW FIRM, LLC**
4828 S. College Avenue
Fort Collins, CO 80525
(970) 377-3800
grant@metierlaw.com

*Attorney for Plaintiffs*