**EXHIBIT 1**



**U.S. Department of Transportation**
**Federal Motor Carrier Safety Administration**
**Licensing and Insurance Public**

## Motor Carrier Details

| US DOT: | 1676627 | Docket Number: | MC00616117 |
|---|---|---|---|
| Legal Name: | JOSE MAURICIO COREAS | | |
| Doing-Business-As Name: | | | |

| Business Address | Business Telephone and Fax | Mail Address | Mail Telephone and Fax | Undeliverable Mail |
|---|---|---|---|---|
| 2035 W 15TH ST LONG BEACH CA 90813 | (310) 341-8474 Fax: (626) 363-4071 | | | NO |

| Authority Type | Authority Status | Application Pending |
|---|---|---|
| Common | NONE | NO |
| Contract | ACTIVE | NO |
| Broker | NONE | NO |

| Property | Passenger | Household Goods | Private | Enterprise |
|---|---|---|---|---|
| YES | NO | NO | NO | NO |

| Insurance Type | Insurance Required | Insurance on File |
|---|---|---|
| BIPD | $750,000 | $750,000 |
| Cargo | NO | NO |
| Bond | NO | NO |

**BOC-3:** YES
**Blanket Company:** TRUCK PROCESS AGENTS OF AMERICA, INC

Web Site Content and BOC-3 Information Clarification

Active/Pending Insurance   Rejected Insurance   Insurance History   Authority History   Pending Application   Revocation

July 25, 2022



FMCSA Home | DOT Home | Feedback | Privacy Policy | USA.gov | Freedom of Information Act (FOIA) | Accessibility | OIG Hotline | Web Policies and Important Links | Plug-ins | Related Sites | Help

Federal Motor Carrier Safety Administration
1200 New Jersey Avenue SE, Washington, DC 20590 - 1-800-832-5660 - TTY: 1-800-877-8339 - Field Office Contacts



**U.S. Department of Transportation**
**Federal Motor Carrier Safety Administration**
**Licensing and Insurance Public**

## Process Agents for: TRUCK PROCESS AGENTS OF AMERICA, INC

| State | Representative Name/ Company Name | Address |
|---|---|---|
| AK | ATTORNEY'S PROCESS SERVICES, INC. | 645 G STREET 100 PMB #585 ANCHORAGE AK, 99501 |
| AL | GERALD D. COLVIN | 1910 - 1ST AVENUE N BIRMINGHAM AL, 35203 |
| AR | DEBORAH L WEBB | 1522 1/2 E RACE AVENUE SEARCY AR, 72143 |
| AZ | GARY T DOYLE | 2929 N 45TH ST STE 120 PHOENIX AZ, 85018 |
| CA | RITA SOLIZ | 2419 NIELSEN STREET EL CAJON CA, 92020 |
| CO | SHERYL SINCLAIR | 6073 W 44TH AVE., STE: 101 WHEAT RIDGE CO, 80033 |
| CT | EDWARD M. TABER | 87 MILLBROOK CT. NEWINGTON CT, 06111 |
| DC | STUART YEAGER | 1050 17TH ST NW STE 600 WASHINGTON DC, 20036 |
| DE | JAMES A. COHEE | 40 ATLANTIC AVE OCEAN VIEW DE, 19970 |
| FL | OPEN FREIGHT, INC. / LORRIE DOWNEY | 44251 BELLAMY LANE CALLAHAN FL, 32011 |
| GA | THE FINANCIAL INTEGRITY GROUP/ DAWN RICHARDSON | 410 E TAYLOR ST STE G GRIFFIN GA, 30223 |
| HI | PATRICIA MATHISON | 84-965 FARRINGTON HWY B915 WAIANAE HI, 96792 |
| IA | BRENDA K WASHBURN | 615 S LEWIS BLVD SIOUX CITY IA, 51106 |
| ID | LORI THOMPSON | 6301 OVERLAND RD., STE. 102 BOISE ID, 83709 |
| IL | LINDA BLISSET | 932 S SPRING ST SPRINGFIELD IL, 62704 |
| IN | PAMELA WARNER | 306 E COLUMBIA ST ATTICA IN, 47918 |
| KS | MARCIA STITHEM | 2900 S TOPEKA BLVD. TOPEKA KS, 66611 |
| KY | ETHAN DONOHOO | 106 EAST 12TH STREET BENTON KY, 42025 |
| LA | D CHANCE MCNEELY / LMTA | 4838 BENNINGTON AVE BATON ROUGE LA, 70808 |
| MA | JAMES M BURNS | 785 WILLIAMS ST#428 LONGMEADOW MA, 01106 |
| MD | DIXIE C. NEWHOUSE | 13120 INGRAM DRIVE SMITHSBURG MD, 21783 |
| ME | BRIAN PARKE | 142 WHITTEN RD (P O BOX 857) AUGUST ME, 04330 |
| MI | DEBORAH HENDERSHOT | 1440 WOODLAND PARK DRIVE BITLEY MI, 49309 |
| MN | MIRANDA CAIN | 2353 RICE STREET #232 ROSEVILLE MN, 55113 |
| MO | PARSON AND NUNAN, INC. | 106 N. FOURTH EDINA MO, 63537 |
| MS | ROBERT C. LEE | 6055 HWY 18 WEST JACKSON MS, 39209 |
| MT | TAMRA HERRING | 1224 HWY 87 EAST BILLINGS MT, 59101 |
| NC | RUTH REYNOLDS, REYNOLDS PROFESSIONAL SERVICES, INC. | 1636 GLENN STREET CHARLOTTE NC, 28205 |
| ND | MELISSA DIXON | 3101 39TH ST., SW FARGO ND, 58104 |
| NE | CINDY SOLLER | 828 LAKE AVE STE B GOTHENBURG NE, 69138 |
| NH | SAMUEL R FULLER ESQ | 28 MIDDLE STREET KENNE NH, 03431 |
| NJ | JAMES CORSEY | 600 BIRCHFIELD ROAD STE 601 MT LAUREL NJ, 08054 |

| | | |
|---|---|---|
| NM | JERRY HAYES | 4809 JEFFERSON ST NE<br>ALBUQUERQUE NM, 87109 |
| NV | SIERRA TRUCK LICENSING LLC / MILLARD KEWANYAMA | 2180 KLEPPE LANE #204<br>SPARKS NV, 89431 |
| NY | TODD PINSKY | 6723 TOWPATH RD STE101<br>EAST SYRACUSE NY, 13214 |
| OH | DESIRAE DZIERWA | 7882 DANA RAE DR<br>WATERVILLE OH, 43566 |
| OK | PEGGY MAEGER | 1018 N 4376 ROAD<br>FT TOWSON OK, 74735 |
| OR | IRENE NORRIS | 2629 SE 166TH<br>PORTLAND OR, 97236 |
| PA | JOHN IRWIN/ COMPLIANCE NAVIGATION SPECIALISTS | 58 COPPERFIELD CIRCLE<br>LITITZ PA, 17543 |
| RI | ROBERT MEGA | 300 WAMPANONG TRAIL<br>RIVERSIDE RI, 02915 |
| SC | ROBERT D MOSELEY JR | 4324 WADE HAMPTON BLVD STEB<br>TAYLORS SC, 29687 |
| SD | TRUCK PROCESS AGENTS OF AMERICA INC | 1553 NW 2ND STREET<br>MADISON SD, 57042 |
| TN | LISA BLACKWELL | 1477 JOPPA ROAD<br>WALLING TN, 38587 |
| TX | INTERNATIONAL BORDER TRUCKING COMPLIANCE SERVICE INC | 1519 WYOMING<br>EL PASO TX, 79902 |
| UT | ED MILES | 1480 SOUTH PIONEER ROAD<br>SALT LAKE CITY UT, 84104 |
| VA | ROBERT B WALKER | 709 OLD HUNT WAY<br>HERNDON VA, 20170 |
| VT | IIERDON MAYER | 28 VERMONT RTE 110 POB 59<br>SOUTH ROYALTON VT, 05068 |
| WA | TRUCKING COMPLIANCE & CONSULTING LLC | 19435 68TH AVE S #S100<br>KENT WA, 98032 |
| WI | CYNTHIA KAY SCHEID | 13007 W FOREST DR<br>NEW BERLIN WI, 53151 |
| WV | CONNIE COLE | 383 CHERRY GROVE RD.<br>BRUCETON MILLS WV, 26525 |
| WY | SALLY ADAMS-REINHART | 770 E COLLINS DR<br>CASPER WY, 82601 |

July 25, 2022



FMCSA Home | DOT Home | Feedback | Privacy Policy | USA.gov | Freedom of Information Act (FOIA) | Accessibility | OIG Hotline | Web Policies and Important Links | Plug-ins | Related Sites | Help

Federal Motor Carrier Safety Administration
1200 New Jersey Avenue SE, Washington, DC 20590 - 1-800-832-5660 - TTY: 1-800-877-8339 - Field Office Contacts