# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 22-cv-02606-NYW

CHRISTIAN GODINEZ and
ABIGAIL GODINEZ,

       Plaintiffs,

v.

JESUS PUEBLA, individually,
JOSE MAURICIO COREAS d/b/a CAMINANTES TRUCKING,
CARLOS COREAS, individually,
LUCKY 22, INC., a Colorado Corporation
JOHN DOES 1-5,
JOHN DOE COMPANIES 1-5,

       Defendants.

## AFFIDAVIT OF GRANT H. LAWSON

I, Grant H. Lawson, being first duly sworn upon my oath, state as follows:

1. I am lead attorney for Plaintiffs in the above captioned case.

2. Based upon my investigation, JOSE MAURICIO COREAS d/b/a CAMINANTES TRUCKING is not an incompetent person, an infant, or in the military service.

3. Defendant JOSE MAURICIO COREAS d/b/a CAMINANTES TRUCKING is a registered motor carrier with the U.S. Department of Transportation Federal Motor Carrier Safety Administration (Hereinafter "FMCSA").

4. According to the FMCSA, JOSE MAURICIO COREAS d/b/a CAMINANTES TRUCKING's designated registered agent is Truck Process Agents of America, Inc., Sheryl Sinclair, 6073 W. 44th Ave., Ste. 101, Wheat Ridge, Colorado 80033.

1

5. On October 12, 2022 Sheryl Sinclair of Truck Process Agents of America, Inc., on behalf of JOSE MAURICIO COREAS d/b/a CAMINANTES TRUCKING was served with the *Complaint and Jury Demand* and *Summons in a Civil Action* pursuant to F.R.C.P. 4.

6. More than 21 days have passed since service on Defendant was completed by Derek Minto of Front Range Legal Process Service, 145 W. Swallow Road, Fort Collins, Colorado 80525 and no responsive pleading has been filed and the Defendant is now in default as contemplated by F. R.C.P. 12 and F. R.C.P. 55.

7. Entry of default against the Defendant is proper as contemplated by F.R.C.P. 55.

8. This Court has jurisdiction over the parties and controversy pursuant to 28 USC §1332, because the amount in controversy is greater than $75,000 and the parties are citizens of different states.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Grant H. Lawson

**STATE OF WYOMING**   )
                       )ss.
**COUNTY OF NATRONA**  )

SUBSCRIBED AND SWORN to before me this 6th day of November 2022, by Grant H. Lawson, as attorney for Plaintiff.

Witness my hand and official seal.

JANEL SHACKELFORD
NOTARY PUBLIC
STATE OF WYOMING
COMMISSION ID: 165892
MY COMMISSION EXPIRES: AUG 11, 2027

Janel Shackelford
Notary Public

My Commission Expires: 8/11/2027