# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 22-cv-02606-NYW

CHRISTIAN GODINEZ and
ABIGAIL GODINEZ,

        Plaintiffs,

v.

JESUS PUEBLA, individually,
JOSE MAURICIO COREAS d/b/a CAMINANTES TRUCKING,
CARLOS COREAS, individually,
LUCKY 22, INC., a Colorado Corporation
JOHN DOES 1-5,
JOHN DOE COMPANIES 1-5,

        Defendants.

---

## ENTRY OF DEFAULT

---

**SERVICE** of the *Complaint and Jury Demand* [Doc. 1] was completed on Defendant JOSE MAURICIO COREAS d/b/a CAMINANTES TRUCKING pursuant to F. R.C.P. 4 on October 12, 2022 by Derek Minto, Front Range Legal Process Service, 145 W. Swallow Road, Fort Collins, CO 80525. More than 21 days have passed since service on Defendant was completed, no responsive pleading has been filed and the Defendant is now in default as contemplated by F.R.C.P. 12 and F.R.C.P. 55.

**WHEREFORE**, ENTRY OF DEFAULT against JOSE MAURICIO COREAS d/b/a CAMINANTES TRUCKING as contemplated by F.R.C.P. 55(a) is hereby entered.

DATED this _____ day of November, 2022.

                                              BY THE CLERK OF COURT:

                                              _____