IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Susan Prose**

| | |
|---|---|
| Civil Action No: 1:22-cv-02606-NYW-SBP | Date: September 18, 2023 |
| Courtroom Deputy: Sabrina Grimm | FTR: Courtroom C205 |

| *Parties:* | *Counsel:* |
|---|---|
| CHRISTIAN GODINEZ, | Joseph Chenchar |
| ABIGAIL GODINEZ, | Grant Lawson |
| Plaintiffs, | |
| v. | |
| JESUS PUEBLA, individually, | Justin Mankin |
| JOSE MAURICIO COREAS, d/b/a CAMINANTES TRUCKING, | No Appearance |
| CARLOS COREAS, individually, | Michael Watts |
| LUCKY 22, INC., a Colorado corporation, | |
| JOHN DOES 1-5, and | |
| JOHN DOE COMPANIES 1-5, | |
| Defendants. | |

**COURTROOM MINUTES**

**TELEPHONIC STATUS CONFERENCE**

**9:32 a.m.**   Court in session.

Appearances of counsel.

Discussion regarding scheduling, enforcing discovery disputes against a defaulted party, Plaintiffs' stated intention to add federal agencies as additional defendants, the status of a related state court case, a criminal matter pending against Mr. Puebla, the potential administrative closure of the case, and the status of discovery.

The court advises the parties that, if there is no movement in the case within 30 days, the case may be administratively closed, as discussed on the record.

**ORDERED:**  A Telephonic Status Conference is set for October 17, 2023, at 1:30 p.m. in Courtroom C205 before Magistrate Judge Susan Prose. The parties may attend by calling 571-353-2301, Guest meeting ID- 868150043. All attendees shall please mute their phone when not speaking and not use speaker phone.

**10:14 a.m.**     **Court in recess.**

Hearing concluded.
Total in-court time:   00:42

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.